IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ Eastern DIVISION

ROBERT WASSERMAN,  )
 )
      Plaintiff,  )
 )
v.  )  ACTION NO.: 3:07cv1092-WKW
 )  DEC 14 2007
GREGORY LONG, Executive Director,  )
Federal Retirement Thrift Investment  )
Board,  )
 )
      Defendant.  )

RECEIVED
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## NOTICE OF REMOVAL

Petitioner, Gregory Long, Executive Director, Federal Retirement Thrift Investment Board, and/or unnamed employees of the Thrift Savings Plan (TSP), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully petitions for removal of this action from the Small Claims Court of Tallapoosa County, Alabama, to the United States District Court for this District, and in support thereof, represent the following:

1.    That Petitioner, Gregory Long, Executive Director, Federal Retirement Thrift Investment Board, and/or unnamed employees of the Thrift Savings Plan (TSP), is a named Defendant in the above-captioned civil action which is pending in the Small Claims Court of Tallapoosa County, Alabama, Civil Action No. SM-07-341. Copies of all process, pleadings, and orders served upon Defendants in such action are attached hereto.

2. That the above-captioned action is one which may be removed without bond to this court pursuant to 28 U.S.C. §§ 1442(a)(1), for the reasons that this is an action against an officer and/or agency of the United States for any act under color of such office.

WHEREFORE, Petitioner prays that said action be removed from the Small Claims Court of Tallapoosa County, Alabama.

Respectfully submitted this 14th day of December, 2007.

        LEURA G. CANARY
        United States Attorney

By: /s/ R. Randolph Neeley
    R. Randolph Neeley
    Assistant United States Attorney
    Bar Number: #9083-E56R
    Attorney for Defendant
    United States Attorney's Office
    Post Office Box 197
    Montgomery, AL 36101-0197
    Telephone: (334) 223-7280
    Facsimile: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

>Robert Wasserman
>4554 Notasulga Rd.
>Tallassee, AL 36078

_____
Assistant United States Attorney

IN THE SMALL CLAIMS COURT OF
TALLAPOOSA COUNTY, ALABAMA

| | |
|---|---|
| ROBERT WASSERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: **SM-07-342** |
| ) | |
| GREGORY LONG, Executive Director, ) | |
| Federal Retirement Thrift Investment ) | |
| Board. ) | |

## NOTICE OF FILING REMOVAL

Frank Lucas
Clerk of the Court
125 N. Broadnax St., Rm. 132
Dadeville, AL 36853


PLEASE TAKE NOTICE that on this 14th day of December, 2007, the United States filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a Notice of Removal and Substitution of the above-styled action to that Court. A copy of that Notice is hereby filed with this Court. This action has been removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d), this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 14th day of December, 2007.

                                  LEURA G. CANARY
                                  United States Attorney

By: _____
     R. Randolph Neeley
     Assistant United States Attorney
     Bar Number:  #9083-E56R
     Attorney for Defendant
     United States Attorney's Office
     Post Office Box 197
     Montgomery, AL  36101-0197
     Telephone: (334) 223-7280
     Facsimile:  (334) 223-7418
     E-mail:  rand.neeley@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

                Robert Wasserman
                4554 Notasulga Rd.
                Tallassee, AL 36078

                                _____
                                Assistant United States Attorney

| Case Action Summary - 62SM200700034200 | | | | |
|---|---|---|---|---|
| Date | Time | Code | Comments | Operator |
| 11/26/2007 | 3:16:26 | FILE | FILED THIS DATE: 11/15/2007     (AV01) | BRF |
| 11/26/2007 | 3:16:27 | ORIG | ORIGIN: INITIAL FILING     (AV01) | BRF |
| 11/26/2007 | 3:16:28 | SCAN | CASE SCANNED STATUS SET TO: N     (AV01) | BRF |
| 11/26/2007 | 3:16:29 | ASSJ | ASSIGNED TO JUDGE: CLAYTON KIM TAYLOR     (AV01) | BRF |
| 11/26/2007 | 3:16:30 | TDMN | BENCH/NON-JURY TRIAL REQUESTED     (AV01) | BRF |
| 11/26/2007 | 3:16:31 | STAT | CASE ASSIGNED STATUS OF: ACTIVE     (AV01) | BRF |
| 11/26/2007 | 3:17:01 | PART | WASSERMAN ROBERT ADDED AS C001     (AV02) | BRF |
| 11/26/2007 | 3:17:32 | PART | LONG GREGORY ADDED AS D001     (AV02) | BRF |
| 11/26/2007 | 3:17:33 | SUMM | CERTIFIED MAI ISSUED: 11/26/2007 TO D001     (AV02) | BRF |
| 12/11/2007 | 10:43:22 | SERC | D001 SERVED CERTIFIED MAIL ON 11/30/2007 | BRF |
| 12/11/2007 | 10:43:58 | SERC | D001 SERVED CERTIFIED MAIL ON 11/30/2007 | BRF |

**END OF THE REPORT**

| State of Alabama<br>Unified Judicial System<br><br>Form SM-1 (front) Rev. 3/95 | STATEMENT OF CLAIM<br>(Complaint)<br>General | Case Number<br><br>SM-07-342 |
|---|---|---|

IN THE SMALL CLAIMS COURT OF **TALLAPOOSA**, ALABAMA
(Name of County)

**Robert Wasserman** v. **Gregory T. Long**
Plaintiff                                                              Defendant

Plaintiff's Home Address: **Robert Wasserman, 4554 Notasulga Rd., Tallassee, AL. 36078**

Defendant's Home Address: **Executive Director, Federal Retirement Thrift Investment Board, 1250 H Street NW, Washington, DC. 20005**

Additional Defendant(s) and Addresses: **BHM Office Manager, P.O. Box 385021, BHM, AL. 35238**

Plaintiff's Attorney's Address:

## NOTICE TO EACH DEFENDANT - READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

## COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $ **3000.00** because: **the BHM office staff failed to notify me of what they viewed as two (2) age based withdrawal requests of $70,000 each. The neglect caused by lack of notification as required by the TSP plan caused me to incur an extra 2006 tax of $5210.**

2. Plaintiff also claims from the defendant court costs in the sum of $ **111.00** (see note below), plus $ _____ for interest and $ _____ for lawyers' fees (only if plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides.)

NOTE: The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

CLERK'S ADDRESS:
Frank Lucas, Circuit Clerk
Tallapoosa County Courthouse
125 N. Broadnax St., Room 132
Dadeville, AL 36853

Clerk's Phone No. _____

Plaintiff or Plaintiff's Attorney (Signature): *Robert Wasserman*

Attorney Code _____

Plaintiff's or Plaintiff's Attorney's Phone Number _____

Date of Filing _____

RECEIVED NOV 2007 FRANK LUCAS CIRCUIT CLERK

(See Instructions on the Back)

Form SM-1 (back)    Rev. 3/95

### INSTRUCTIONS TO THE PLAINTIFF'S

This is your case, and if you are acting as your own lawyer, you are responsible in seeing that your claim is successfully presented at each stage of the procedure until it is concluded.

The clerk of the court has a brochure which tells you how to handle a Small Claims case. This brochure is free to you on request.

1. You must complete one of these forms for each defendant you wish to sue. Each defendant must be described by his/her correct legal name and address (not a post office box). Be as brief as possible but include every important name, date and place.
2. To start your case you must file the completed form with the clerk assigned to Small Claims cases. The clerk will stamp a copy for you to show that the case has been filed and will insert the number of the case on the front of this form.
3. You are responsible for seeing that each defendant receives a copy of this form. If you haven't heard from anyone about the case in about fourteen days, then check with the clerk's office, to make sure that each defendant has been served.
4. If any of the defendants ask for a trial you will be notified of the place, the date, and the time. You must be present or your case will be dismissed. You may take a judgment by default fourteen (14) days after the defendant has received a copy of this form, if the defendant fails to file his/her Answer.
5. You are responsible to see to the enforcement of any judgment that is awarded to you. The Small Claims brochure will tell you how to go about recovering your money. It is not the responsibility of the court or the clerk to collect the judgment for you.

ANY TIME YOU CONTACT THE CLERK ABOUT THIS CASE YOU MUST REFER TO THE CASE NUMBER ON THE FRONT.

### INSTRUCTIONS TO SHERIFF OR PROCESS SERVER

To Any Sheriff or Any Person Authorized by Rule 4.1(b)(1) or 4.1(b)(2) of the Alabama Rules of Civil Procedure to Effect Service in the State of Alabama.

You are hereby commanded to serve this summons and a copy of the Statement of Claim in this action upon the defendant(s) named

and make proper return to this court.

Date __11-26-07__    __Frank Lucas__ Clerk    By __RH__

**RETURN ON SERVICE:**

Served on defendant(s) named _____

by delivering a copy of the Summons and Statement of Claim to him/her in _____
County, Alabama, on (Date) _____.

_____
Process Server Signature

_____
Title of Process Server

This service by certified mail of this Summons and Statement of Claim is initiated upon the request of _____
_____ pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

Date Requested _____    Date Mailed _____

Return Receipt Date _____    _____ BY: _____
Clerk

```
                    ALABAMA JUDICIAL DATA CENTER
                          DEFENDANTS ANSWER
                     SMALL CLAIMS         CASE:SM 2007 000342.00 CKT
--------------------------------------------------------------------|
   THE DISTRICT COURT OF TALLAPOOSA     COUNTY      DT FILED: 11/15/2007

   ROBERT WASSERMAN VS GREGORY T.LONG

   LONG  GREGORY
   1250 H STREET NW

   WASHINGTON, DC  20005-0000
                  SSN: 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     HOME PHONE:_____  WORK:_____
--------------------------------------------------------------------
  DEFENDANTS ANSWER TO THE COMPLAINT: PLEASE PRINT

  NOTICE: IF YOU HAVE BEEN SUED IN A COUNTY IN WHICH YOU DO NOT LIVE AND IF
  THE SUIT AGAINST YOU IS NOT FOR SERVICES OR WORK AND LABOR PERFORMED IN
  THE COUNTY WHERE SUIT HAS BEEN FILED, YOU MAY REQUEST THAT IT BE
  TRANSFERRED TO YOUR HOME COUNTY. IF THIS APPLIES, COMPLETE "A" BELOW.

  CHECK ONE:

  A  _____   I DO NOT LIVE IN THIS COUNTY, I WANT THIS CASE TRANSFERRED TO MY
               HOME COUNTY OF _____.
  B  _____   I ADMIT EVERYTHING IN THE STATEMENT OF CLAIM AND DO NOT WANT
               A TRIAL  (THIS MEANS THAT YOU CONSENT TO A JUDGMENT FOR THE
               AMOUNT CLAIMED PLUS COURT COSTS.)
  C  _____   I ADMIT I OWE SOME MONEY, BUT NOT THE TOTAL AMOUNT CLAIMED BY THE
               PLAINTIFF(S). (IF THIS BLOCK IS CHECKED, THE CASE WILL BE SET
               FOR TRIAL. PLEASE NOTE THAT ANY MONEY PAID BY YOU ON THIS
               CLAIM AFTER THE SUIT WAS FILED MAY NOT BE REFLECTED ON THE
               STATEMENT OF CLAIM WHICH YOU RECEIVED. YOU SHOULD CONTACT THE
               PERSON WHO HAS SUED YOU OR HIS ATTORNEY TO DETERMINE THE
               PRESENT BALANCE WHICH IS CLAIMED.)
  D  _____   I DENY THAT I AM RESPONSIBLE AT ALL. (EXPLAIN BELOW)

  IF YOU CHECKED "C" OR "D", BRIEFLY EXPLAIN THE REASONS FOR YOUR ANSWER.


--------------------------------------------------------------------
  NAME AND ADDRESS OF EMPLOYER                   |   BUSINESS PHONE




--------------------------------------------------------------------
  THIS ANSWER MUST BE SIGNED BY THE PERSON OR PERSONS WHO HAVE BEEN SUED OR
  THEIR ATTORNEY. AN ANSWER WHICH IS NOT SIGNED OR WHICH IS NOT SIGNED BY
  THE PROPER PERSON CANNOT BE CONSIDERED.
--------------------------------------------------------------------
  KEEP A COPY FOR YOUR FILES. MAIL ORIGINAL TO THE COURT ADDRESS BELOW.
  MAIL A COPY TO THE PLAINTIFFS ATTORNEY AT THE ABOVE ADDRESS.


                         ****SIGNATURE OF DEFENDANT OR ATTORNEY****

                ADDRESS: _____
                         _____

   CLERK:FRANK LUCAS
         125 N BROADNAX ST. RM 132

         DADEVILLE   AL   36853
         (256)825-1098

--------------------------------------------------------------------
OPERATOR: BRF
PREPARED: 11/26/2007
```