# IN THE SMALL CLAIMS COURT OF
# TALLAPOOSA COUNTY, ALABAMA

| | |
|---|---|
| ROBERT WASSERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: **SM-07-342** |
| | ) 3:07cv1092-WKW |
| GREGORY LONG, Executive Director, | ) |
| Federal Retirement Thrift Investment | ) |
| Board. | ) |

## NOTICE OF FILING REMOVAL

Frank Lucas
Clerk of the Court
125 N. Broadnax St., Rm. 132
Dadeville, AL 36853

PLEASE TAKE NOTICE that on this 14th day of December, 2007, the United States filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a Notice of Removal and Substitution of the above-styled action to that Court. A copy of that Notice is hereby filed with this Court. This action has been removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d), this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 14th day of December, 2007.

                        LEURA G. CANARY
                        United States Attorney

                        By: /s/ R. Randolph Neeley
                        R. Randolph Neeley
                        Assistant United States Attorney
                        Bar Number: #9083-E56R
                        Attorney for Defendant
                        United States Attorney's Office
                        Post Office Box 197
                        Montgomery, AL  36101-0197
                        Telephone: (334) 223-7280
                        Facsimile:  (334) 223-7418
                        E-mail:  rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I filed the foregoing with the Clerk of the Court, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

                Robert Wasserman
                4554 Notasulga Rd.
                Tallassee, AL 36078

                        /s/ R. Randolph Neeley
                        Assistant United States Attorney