IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT WASSERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:3:07-1092-WKW |
| | ) |
| UNITED STATED OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COME NOW the Plaintiff, United States of America, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☒  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported: None.

Dated this the 19th day of December, 2007.

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
  R. RANDOLPH NEELEY
  Assistant United States Attorney
  Bar Number: 9083-E56R
  Post Office Box 197
  Montgomery, AL  36101-0197
  Telephone No.: (334) 223-7280
  Facsimile No.: (334) 223-7418
  E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I certify that I have mailed a copy of same to Plaintiff addressed as follows:

Robert Wasserman
4554 Notasulga Rd.
Tallassee, AL 36078

        s/R. Randolph Neeley
        Assistant United States Attorney