IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IRENE H. WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:07-cv-1091-WKW |
| v. | ) | |
| | ) | |
| GREGORY T. LONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| | ) | |
| ROBERT WASSERMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-1092-WKW |
| | ) | |
| GREGORY T. LONG, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

The defendants filed a Motion to Consolidate these actions. The cases share common questions of law and fact, identical defendants, and much of the same evidence. Accordingly, pursuant to Rule 42 of the Federal Rules of Civil Procedure, it is ORDERED that the motion for consolidation is GRANTED. The above-referenced cases are consolidated for all purposes until further order of the court. The lead case shall be *Irene Wasserman v. Gregory Long*, Case No. 3:07-cv-1091. The Clerk of the Court is DIRECTED to docket this Order in the above-referenced cases.

Additionally, it is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

Done this 21st day of December, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE